IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~~ D.C.

05 SEP -7 AM 7:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

---

UNITED STATES OF AMERICA

v.

ASA MCKINNIE                                         05cr20056-22-Ma

---

### ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

---

The defendant's counsel this day notified the Court that in the interest of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(A), a defendant may be granted a period of excludable delay if the ends of justice are served.

It is therefore ORDERED that the time period of _9/6/05_ through _9/14/05_ be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO WEDNESDAY, SEPTEMBER 14, 2005 AT 9:30 A.M. BEFORE MAGISTRATE JUDGE DIANE K. VESCOVO.**

This _6_ day of _September_, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9-16-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 231 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ross Sampson
GARRETT & ASSOCIATES
605 Poplar Ave.
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT