IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /KB/ D.C.

05 SEP 14 PM 12: 03

[CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS]

**UNITED STATES OF AMERICA**

V.

**ASA MCKINNIE**

05-20056-22-Ma

## ORDER ON ARRAIGNMENT

This cause came to be heard on _Sept 14, 2005_, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Michael Scholl_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.

___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 21:846; 21:853;

U. S. Attorney assigned to Case: T. Colthurst

Age: 25

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-16-05_

312

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 312 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Ross Sampson
GARRETT & ASSOCIATES
605 Poplar Ave.
Memphis, TN 38105

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT